# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JOLIE L. STORM, as Administrator of**
**Estate of Michael K. Storm d/b/a**
**Storm Construction**

               **V.**               **CASE NUMBER: 1:02-CV-707(FJS/DRH)**

**AQUATIC BUILDINGS LTD. and**
**LIBERTY MUTUAL INSURANCE COMPANY**
**d/b/a Liberty Bond Services**

**[ ]**      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**      **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF, dismissing all Plaintiff's claims and granting Defendant AQUATIC BUILDERS LTD.'s counterclaim in the amount of $75,487.15 pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., dated May 10, 2007.

DATED:    May 11, 2007

                                                                 Clerk of Court

LKB:lmp